FILED

2007 MAR -8 AM 9:30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT LIONEL TOSON,<br><br>    Defendant. | Cr. No. 94-1136GT<br><br>**ORDER** |

    On March 2, 2007, defense counsel for Robert Toson electronically filed a Motion Dismiss Allegations in an OSC. The hearing date for the OSC was set for March 5, 2007. Under the Local Rules, all criminal motions must be filed at least 14 days prior to the hearing date. With the commencement of the electronic filing system, all attorneys were put on an "honor system" whereby they were not to file late motions without explicit leave of the Court. Defense counsel did not request nor receive leave of the Court to file these motions late. Accordingly,

//

//

1 | **IT IS ORDERED** that Defendant's Motion to Dismiss Allegations is to be stricken from the
2 | record and deemed not filed.
3 | **IT IS SO ORDERED.**

3-7-07
date

*(signature)*
GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel